UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&M AVIATION, INC. dba AEROCARE MEDICAL TRANSPORT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; DOES 1 to 100,<br><br>Defendant. | No. 2:19-cv-01917-KJM-EFB<br><br>ORDER GRANTING JOINT MOTION AND STIPULATION TO REMAND |

The Court, having reviewed the Parties' Joint Motion and Stipulation to Remand (the "Motion"), being duly advised and upon good cause shown, hereby GRANTS the Motion, and hereby ORDERS that the above-captioned case be REMANDED to the Superior Court of the State of California for the County of Sacramento.

The Clerk shall remand this action to the Superior Court of California, Sacramento.

IT IS SO ORDERED

DATED: November 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

1